IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MOST VALUABLE PERSONNEL, LLC,
ANDREA MIHELIC, INDIVIDUALLY                      PLAINTIFFS

vs.                Civil Action No. 3:13-CV-00252-DAS

CLAY AND WRIGHT INSURANCE, INC.,              DEFENDANTS
DEBBIE McNEAL, INDIVIDUALLY,
JOHN DOES 1–10, INDIVIDUALLY

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR RECONSIDERATION

**NOW COME** Plaintiffs, by counsel of record, who would state that based upon the Memorandum of Authorities submitted in support of this Response, that the Court should deny Defendants' Motion to Reconsideration (Doc.257)

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray the Court deny the Defendants' *Motion to Reconsider*.

THIS the 30th day of March, 2016.

                                                 /s/ Steven W. Pittman
                                                 Attorney for Plaintiffs
                                                 MS Bar # 10081

## **CERTIFICATE OF SERVICE**

I, Steven W. Pittman, hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record via ECF.

This the 30th day of March, 2016.

/s/ Steven W. Pittman
Attorney for Plaintiffs